# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BRYAN C. DONAHUE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2148

[January 6, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 1998CF004833AXXXMB.

Carey Haughwout, Public Defender, and Benjamin Eisenberg, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

### ON REMAND FROM THE FLORIDA SUPREME COURT

PER CURIAM.

The Florida Supreme Court quashed this Court's decision in *Donahue v. State*, 257 So. 3d 1083 (Fla. 4th DCA 2018), and remanded for reconsideration upon application of *Pedroza v. State*, 291 So. 3d 541 (Fla. 2020). We affirm. Under *Pedroza*, appellant's concurrent thirty-year prison sentences for homicide and non-homicide offenses are not the functional equivalent of a life sentence, and *Graham v. Florida,* 560 U.S. 48 (2010), and *Miller v. Alabama,* 567 U.S. 460 (2012), are not implicated.

*Affirmed.*

WARNER, DAMOORGIAN and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***